IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-MJ-1104-RJ

IN RE: SEIZURE WARRANT FOR :
:
A 2004 Land Rover (Range Rover),: 
NC Registration CHR-7688, :
VIN: SALME11414A169561 :

### ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 12 day of April, 2015.

ROBERT B. JONES, JR.
United States Magistrate Judge